# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| YVETTE PENN,<br><br>    Plaintiff,<br><br>    v.<br><br>REGIONAL ADJUSTMENT BUREAU INC.,<br>  *doing business as* RAB, INC.<br><br>    Defendant. | Civil Action No. TDC-14-2879 |

## ORDER

On November 12, 2014, Plaintiff filed a Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). *See* ECF No. 3. The Court having reviewed the Notice, it is hereby ORDERED that this action is dismissed with prejudice.

Dated: November 12, 2014                                     /s/
                                                       THEODORE D. CHUANG
                                                       United States District Judge